## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**SYLVESTER LOVELADY**                                        **PLAINTIFF**

**v.**                          **CASE NO. 2:25-CV-00187-BSM**

**BILLY ADAMS AND STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE COMPANY**                        **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of May, 2026.


_____
UNITED STATES DISTRICT JUDGE